THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 Carolyn Chester, as Personal Representative of the Estate of Sherman E. Boutte, Jr., Appellant,
 v.
 South Carolina Department of Public Safety, South Carolina Department of Transportation and South Carolina Forestry Commission, Respondents.
 
 

Appeal From Dorchester County
  James C. Williams, Jr., Circuit Court
 Judge

Memorandum Opinion No. 2007-MO-042   
Heard June 6, 2007  Filed June 25, 2007

DISMISSED

 
 
 
 Robert
 N. Hill, of Newberry; and Mark B. Tinsley, of Godding & Gooding, P.A., of
 Allendale, for Appellant.
 Marvin
 C. Jones, of Bogoslow, Jones, Stephens & Duffie, of Walterboro, for
 Respondent South Carolina Department of Public Safety.
 Lisa
 A. Reynolds and Eric M. Johnsen, both of Anderson & Reynolds, of Charleston, for Respondent South Carolina Department of Transportation. 
 Roy
 P. Maybank, of Maybank Law Firm, of Charleston, for Respondent South Carolina Forestry Commission.
 
 
 

PER
 CURIAM:  Dismissed
 pursuant to Rule 220(b)(1), SCACR,
 and the following authorities:  Ex
 parte Wilson, 367 S.C. 7, 625 S.E.2d
 205 (2005) (generally only final judgments are appealable, but an interlocutory
 order may be immediately appealable if it falls under S.C. Code Ann. § 14-3-330);
 S.C. Code Ann. § 14-3-330 (1976 & Supp. 2006) (interlocutory orders
 involving the merits or affecting a substantial right are immediately
 appealable); Mid-State
 Distribs., Inc. v. Century Importers, Inc., 310
 S.C. 330, 334, 335 n.4, 426 S.E.2d 777, 780, 780 n.4 (1993) (An interlocutory
 order involving the merits is one that must finally determine some substantial
 matter forming the whole or a part of some cause of action or defense.  An
 interlocutory order affects a substantial right when it will discontinue an
 action, prevent an appeal, grant or refuse a new trial, or strike out an action
 or defense.). 
 
DISMISSED.
 TOAL, C.J.,
 MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.